State of Alabama*
County of Tuscaloosa*

      Before me, the undersigned Notary Public, in and for said county and state, personally appeared  Nancy A Thomas (Debtor), who is known to me, and after, by me being first duly sworn, and under oath, did depose and say as follows:

      I was not required to file a Federal tax return for the year(s) 2007  because my only income was derived solely from Disability in the amount of $ 858.00 monthly and my mother's disability in the amount of $ 663.00 monthly.

Date: 2-13-09                    /s/Nancy A Thomas
                                           Nancy A Thomas, Debtor(s)

      Sworn to and subscribed before Rod C. Shirley, the undersigned Notary Public, on the 13th day of February, 2009.

                                           /s/ Rod C. Shirley
                                           Notary Public

My commission expires: November 7, 2011

Case 09-70372-CMS7   Doc 7   Filed 02/16/09   Entered 02/16/09 15:51:58   Desc Main
Document    Page 1 of 3

```
TPQY   DTE:02/13/09  SSN: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                DOC:629 UNIT:BAR      PG: 001
STATUS    MBR YES LOU-02/13 SSACCS NO LOU-02/12 SSR YES LOU-07/05/01
INPUT SOCIAL SECURITY NUMBER 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A    NAME   N THOMA     USER CODE BAR
TPQY CONFIDENTIAL SOCIAL SECURITY DATA - CLAIM NUMBER 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A
INDIVIDUALS OWN SOCIAL SECURITY NUMBER: 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
NANCY A THOMAS FEMALE BORN:04/20/46  ENTITLED:11/2001
    NANCY A THOMAS          1701 CRESTWOOD AVE      NORTHPORT AL 35476
PAYMENT STATUS CODE: C -BENEFITS PAID
NET MONTHLY BENEFIT IF PAYABLE: $858.00
BENEFIT HISTORY:
 DATE:          GROSS BENEFIT:
 12/2008         $954.40 CREDITED
 02/2008         $902.40 CREDITED
MEDICARE DATA            ENTITLED PREMIUM
HOSPITAL INSURANCE       11/2003
SUPPLEMENTAL INSURANCE   11/2003 $ 96.40
DATE DISABILITY BEGAN: 05/2001
PART D PLAN NUMBER: S5967046000
PART D PREM COLL METH TYP:  D   PART D PREM PAY START:  01/2009
PART D PREM STOP:               PART D PREM W/H:      $23.90
PART D ENROLL PENALTY:      $.00    PART D BASE PREM:     $15.40
PART D SUB RED PREM AMT:    $15.40
PART D ENROLL PENALTY SUB BY CMS:         $.00
PART D SUPPLMNTL COVERAGE PREM:        $23.90
INPUT SOCIAL SECURITY NUMBER 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A    NAME   N THOMA     USER CODE BAR
TPQY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA ON 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
   NANCY A THOMAS FEMALE BORN:04/20/46 ELIGIBLE:06/2001
APPLICATION DATE: 06/12/2001 TYPE OF PERSON: DISABLED INDIVIDUAL
CITIZEN/ALIEN CODE: A
MAILING ADDRESS:
NANCY A THOMAS
562 27TH STREET
TUSCALOOSA AL 35401 5820
RESIDENCE:
562 27TH STREET                        TUSCALOOSA AL 35401
NET CURRENT BENEFIT FOR 02/01/2009 - FED AMT:  $0.00 STATE AMT:  $0.00
PAYMENT HISTORY OF NET BENEFITS PAID:
DATE:         FEDERAL AMT:  STATE AMT:  TYPE OF PAYMENT:
 02/01/2008 $     0.00    $    0.00    NONE MADE
PAYMENT STATUS CODE: T31 - TERMINATED BY SYSTEMS ACTION
           EFFECTIVE   08/2003        35401
  DISABLED
INPUT SOCIAL SECURITY NUMBER 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A    NAME   N THOMA     USER CODE BAR
***INFORMATION***
***D O REVIEW REQUIRED***
IDENTITY DISCREPANCY BETWEEN MBR & SSR:
  PERSONS NAME DISCREPANT
```

```
***   REC 2009044    133051 H61F16E0  C02N   CIPQYAG    PQAG     (F-GAP )  ***

TPQY   DTE:02/13/09  SSN: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                 DOC:629 UNIT:BAR    PG: 001
STATUS    MBR YES LOU-02/13 SSACCS NO  LOU-02/12 SSR YES LOU-09/28/02
INPUT SOCIAL SECURITY NUMBER 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A     NAME  V ARCHI       USER CODE BAR
TPQY CONFIDENTIAL SOCIAL SECURITY DATA - CLAIM NUMBER 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M
INDIVIDUALS OWN SOCIAL SECURITY NUMBER: 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
VIRDELL H ARCHIBALD FEMALE BORN:06/10/12
   VIRDELL H ARCHIBALD      562 27TH ST           TUSCALOOSA AL 35401
PAYMENT STATUS CODE: U -ONLY TITLE XVIII ENTITLEMENT IS ACTIVE
NET MONTHLY BENEFIT IF PAYABLE: $0.00
MEDICARE DATA                ENTITLED PREMIUM BUY-IN CODE START
HOSPITAL INSURANCE           07/1993 $487.30        S01 07/1993
SUPPLEMENTAL INSURANCE       05/1978 $ 96.40        010 05/1978
PART D PLAN NUMBER: S5960118000
PART D PREM COLL METH TYP:  N   PART D PREM PAY START:  01/2009
PART D PREM STOP:            PART D PREM W/H:        $.00
PART D ENROLL PENALTY:        $.00   PART D BASE PREM:       $27.60
PART D SUB RED PREM AMT:     $27.60
PART D ENROLL PENALTY SUB BY CMS:        $.00
PART D SUPPLMNTL COVERAGE PREM:          $.00
INPUT SOCIAL SECURITY NUMBER 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A     NAME  V ARCHI       USER CODE BAR
TPQY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA ON 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
   VIRBELL H ARCHIBALD FEMALE BORN:06/10/12 ELIGIBLE:05/1978
APPLICATION DATE: 05/22/1978 TYPE OF PERSON: AGED INDIVIDUAL
CITIZEN/ALIEN CODE: A
MAILING ADDRESS:
VIRBELL H ARCHIBALD
1701 CRESTWOOD AVE
NORTHPORT AL 35476 3751
MAILING ADDRESS:
ADDRESS UNKNOWN
RESIDENCE:
1701 CRESTWOOD AVE              NORTHPORT AL 35476
NET CURRENT BENEFIT FOR 02/01/2009 - FED AMT:  $674.00 STATE AMT:  $0.00
PAYMENT HISTORY OF NET BENEFITS PAID:
DATE:         FEDERAL AMT:   STATE AMT:   TYPE OF PAYMENT:
 01/01/2009  $  674.00    $     0.00      RECURRING
 02/01/2008  $  637.00    $     0.00      RECURRING
PAYMENT STATUS CODE: C01 - PAY E
INPUT SOCIAL SECURITY NUMBER 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A     NAME  V ARCHI       USER CODE BAR
***INFORMATION***
***D O REVIEW REQUIRED***
IDENTITY DISCREPANCY BETWEEN MBR & SSR:
  PERSONS NAME DISCREPANT
```



2/13/09